IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-271-RJC-DCK

| | |
|---|---|
| BIANCA LAMPKIN, Administrator of the Estate of AMEIA LAMPKIN, Deceased, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| COVINGTON AT PROVIDENCE HOMEOWNERS ASSOCIATION, INC., et al., ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 8) filed June 29, 2010 for admission of Mark William Damisch as counsel *pro hac vice* on behalf of Plaintiff Bianca Lampkin, Administrator of the Estate of Ameia Lampkin, Deceased.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Damisch shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiff Bianca Lampkin, Administrator of the Estate of Ameia Lampkin, Deceased. It appears that Mr. Damisch has associated F. William DeVore, IV of DeVore Acton & Stafford, P.A. as local counsel.

Signed: June 30, 2010

_____
David C. Keesler
United States Magistrate Judge