IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-271-RJC-DCK

| | |
|---|---|
| BIANCA LAMPKIN, Administrator of the Estate of AMEIA LAMPKIN, Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| COVINGTON AT PROVIDENCE HOMEOWNERS ASSOCIATION, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 23) filed September 8, 2010 for admission of Calvin A. Rouse as counsel *pro hac vice* on behalf of Defendant Ballantyne Congregation of Jehovah's Witnesses and Watchtower Bible and Tract Society of New York, Inc.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Rouse shall be admitted to appear before this court *pro hac vice* on behalf of Defendant Ballantyne Congregation of Jehovah's Witnesses and Watchtower Bible and Tract Society of New York, Inc. It appears that Mr. Rouse has associated attorney J. Jerome Miller as local counsel.

Signed: September 8, 2010

David C. Keesler
United States Magistrate Judge

BTCM:DKeesler_cv_3-10cv271-RJC-DCK_Bianca Lampkin v. Covington at Providence Order Granting Pro Hac Vice Rouse.wpd