UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cv-271-RJC-DCK

| | |
|---|---|
| BIANCA LAMPKIN, Adminiatrator of the Estate of Ameia Lampkin, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| | ) **ORDER** |
| COVINGTON AT PROVIDENCE HOMEOWNERS ASSOC., INC., HAWTHORNE MANAGEMENT CO., BALLANTYNE CONGREGATION of JEHOVAH'S WITNESSES, WATCHTOWER BIBLE AND TRACT SOCIETY of NEW YORK, INC., and JUANA F. CHALMERS, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** comes before the Court on its own motion. On November 10, 2011, the Court granted the defendants' motions for summary judgment. (Doc. No. 52). That Order disposed of all of Plaintiff Bianca Lampkin's ("Plaintiff") claims against Defendant Juana Chalmers, but not all of her claims against Defendants Covington at Providence Homeowner's Association, Inc. ("Covington") and Hawthorne Management Company ("Hawthorne"). (Id.). Plaintiff stipulated to the dismissal of her claims against the other defendants captioned above, Ballantyne Congregation of Jehovah's Witnesses and Watchtower Bible and Tract Society of New York, Inc., on April 21, 2011. (Doc. No. 31).

During the November 7, 2011 hearing, it appeared to the Court that Plaintiff lacked evidence to support her remaining claims against Covington and Hawthorne. See (Doc. No. 52 at 9-14). Therefore, the Court raised the possibility of issuing summary judgment regarding

Plaintiff's remaining allegations sua sponte. See (Id. at 14) (citing U.S. Dev. Corp. v. Peoples Federal Sav. & Loan Ass'n, 873 F.2d 731, 735 (4th Cir. 1989)). The Court gave Plaintiff fourteen days to show cause why, in light of the Court's ruling, her case should not be dismissed. This period has elapsed and Plaintiff has failed to respond.

For the reasons cited in this Court's November 10, 2011 Order, (Doc. No. 52 at 9-14), Plaintiff's remaining claims are dismissed.

**IT IS, THEREFORE, ORDERED** that Plaintiff's case is **DISMISSED**.

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge