# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Bianca Lampkin,

       Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                       3:10-cv-271-RJC

Covington at Providence Homeowners Assoc., Inc., et al.,

       Defendants.


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

                                        Signed: November 29, 2011

                                        Frank G. Johns, Clerk
                                        United States District Court